# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ERIC JOHN & JESSICA LEIGH SISSON |
| **Case Number:** | 2:09-BK-09435-RTB   **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 14, 2009 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEEFOR EMC MORTGAGE .

**R / M #:**   19 / 0

### Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR MERS

### Proceedings:

MR. MCDONALD INFORMS THE COURT THAT MR. WESBROOKS COULD NOT BE PRESENT.  A CONTINUANCE IS SOUGHT.

THE COURT:  PENDING FURTHER ORDER, THE AUTOMATIC STAY REMAINS IN EFFECT.  A CONTINUED HEARING WILL BE HELD ON NOVEMBER 4, 2009 AT 2:30 P.M.