**SO ORDERED.**

**Dated: November 20, 2009**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Paul M. Levine (007202)
Matthew A. Silverman (018919)
Jessica R. Kenney, Esq., (026615)
**McCarthy ♦ Holthus ♦ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
Telephone: (602) 230-8726

Attorney for Movant,
Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Through Certificates Series 200 7-2, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

In re:

Eric John Sisson,
Jessica Leigh Sisson,

        Debtors.
_____

Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Through Certificates Series 200 7-2, its assignees and/or successors,

        Movant,

v.

Eric John Sisson, Jessica Leigh Sisson, Debtors; and Edward J. Maney, Chapter 13 Trustee,

        Respondents.
_____

Case No. 2:09-bk-09435-RTB

Chapter 13

**ORDER ON ADEQUATE PROTECTION STIPULATION**

///

///

///

The parties having agreed to the terms set forth in the Adequate Protection Stipulation, attached hereto as **Exhibit "A"**, are bound by the terms of their stipulation which shall be the Order of this Court.

IT IS SO ORDERED:

Dated: _____        By: _____
                                Honorable Redfield T. Baum Sr.
                                United States Bankruptcy Court Judge

Paul M. Levine (007202)
Matthew A. Silverman (018919)
Jessica R. Kenney, Esq., (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
Telephone: (602) 230-8726

Attorney for Movant,
Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Through Certificates Series 200 7-2, its assignees and/or successors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-09435-RTB |
| Eric John Sisson, Jessica Leigh Sisson, | Chapter 13 |
| Debtors. | |
| Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Through Certificates Series 200 7-2, its assignees and/or successors, | **ADEQUATE PROTECTION STIPULATION** |
| Movant, | |
| v. | |
| Eric John Sisson, Jessica Leigh Sisson, Debtors; and Edward J. Maney, Chapter 13 Trustee, | |
| Respondents. | |

Movant, Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Through Certificates Series 200 7-2, its assignees and/or successors, ("Movant"), and the Debtors, Eric John Sisson and Jessica Leigh

Sisson ("Debtors"), by and through their respective attorneys of record STIPULATE as follows:

1. This Stipulation affects the real property commonly known as: 12629 West Merrell Street, Avondale, AZ 85323.

2. Commencing 11/01/2009, Debtors shall make regular monthly post-petition payments under the Note and Deed of Trust to Movant, and continuing on the first day of each month thereafter, under the terms of the Note and Deed of Trust.

3. Payments shall be made directly to American Home Mortgage Servicing Inc., Servicing Agent on behalf of Secured Creditor at P.O. Box 631730, Irving, TX 75063, with reference to Loan Number XXXXXX3055, or as otherwise directed.

4. Commencing 11/15/2009 through 4/15/2010, Debtors shall make an additional monthly payment of $818.70, until post-petition arrears in the sum of $4,912.19 are paid. Said sum represents the post-petition delinquency itemized below:

POST-PETITION DELIQUENCIES:

| | | | | |
|---|---|---|---|---|
| Monthly Payments: (6/1/2009 through 10/1/2009) | 5 | at | $795.51 | $3,977.55 |
| Late Charges: (6/1/2009 through 9/1/2009) | 4 | at | $33.66 | $134.64 |
| Bankruptcy Attorney's Fees & Costs: | | | | $800.00 |
| Total Delinquencies: | | | | $4,912.19 |

5. Debtors shall timely perform all of their obligations under Movant's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

6. In the event Debtors fail to timely perform any of the obligations set forth in this stipulation, Movant shall notify Debtors and their counsel of the default in writing. Debtors shall have ten (10) calendar days from the date of the written notification to cure the default, plus an additional $100.00 for attorneys' fees.

7. If Debtors fail to timely cure the default, Movant shall be entitled to lodge an Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Movant, and Movant may proceed with and hold a trustee's sale of the subject property, pursuant to

applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

8. If Debtors default on the obligations set forth herein on more that three (3) occasions, Movant may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Movant and Movant may proceed with and hold a Trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

9. Secured Creditor's Proof of Claim in the amount of $4,237.87 is due and owing and is allowed in full.

IT IS SO STIPULATED:

**McCarthy ◆ Holthus ◆ Levine**

Dated: 11/4/2009 /s/ Matthew Silverman
Matthew Silverman, Esq.
Attorney for Movant

Dated: 11/4/2009 /s/ Mark Wesbrooks
Mark Wesbrooks, Esq.
Attorney for Debtors