**SO ORDERED.**



# TIFFANY & BOSCO
### P.A.

**Dated: December 17, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14994/0019971514

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Eric John Sisson and Jessica Leigh Sisson<br>         Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as<br>Nominee for EMC Mortgage<br>         Movant,<br>    vs.<br><br>Eric John Sisson and Jessica Leigh Sisson, Debtors;<br>Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:09-bk-09435-RTB<br><br>Chapter 13<br><br>AMENDED O R D E R<br><br>(Related to Docket # 19) |

This matter having come before the Court for a Preliminary Hearing on November 4, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Mark Wesbrooks, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated December 12, 2006, in the office of the Maricopa County Recorder at   wherein Mortgage Electronic Registration Systems, Inc. as Nominee for EMC Mortgage is the current beneficiary and Eric John Sisson and Jessica Leigh Sisson have an interest in, further described as:

Lot 11, ESTRELLA MOUNTAIN RANCH PARCEL 99, according to Book 738 of Maps, page 19, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____day of _____, 2009.


_____

JUDGE OF THE U.S. BANKRUPTCY COURT